**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robertos LANDEROS–MORALES,
Defendant–Appellant.**

No. 11–50368.

United States Court of Appeals,
Ninth Circuit.

Submitted March 6, 2012.*

Filed March 9, 2012.

Daniel Earl Zipp, Bruce R. Castetter, Assistants U.S. Attorney, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Robertos Landeros–Morales, San Diego, CA, pro se.

Before: B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Robertos Landeros–Morales appeals from the 10–month sentence imposed following the revocation of his supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we vacate and remand for resentencing.

Landeros–Morales contends that the district court procedurally erred by relying on factors excluded from 18 U.S.C. § 3583(e), specifically, punishment. It is unclear from the record whether those factors served as the primary basis for the sentence imposed. *See United States v. Miqbel*, 444 F.3d 1173, 1182 (9th Cir.2006); *see also United States v. Simtob*, 485 F.3d 1058, 1062 (9th Cir.2007). Accordingly, we vacate and remand for resentencing.

In light of this disposition, we decline to reach Landeros–Morales's other arguments.

**VACATED; REMANDED** for resentencing.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.